

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00426-CV

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST F,**
Appellant

v.

**HOCKESSIN HOLDINGS, INC., AS TRUSTEE OF THE LOST ARROW 25214 LAND TRUST**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI06649
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's final default judgment is REVERSED and this cause is REMANDED to the trial court for further proceedings consistent with this opinion. It is ORDERED that appellant Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust F recover its costs of this appeal from appellee Hockessin Holdings, Inc., as Trustee of the Lost Arrow 25214 Land Trust.

SIGNED November 30, 2022.

_____
Irene Rios, Justice